■ THE PEOPLE OF THE STATE OF NEW YORK, v EDWARD DELIS, Also Known as EDWARD ENCARNACION.—Motion to withdraw appeal as moot denied without prejudice to an application by assigned counsel to withdraw as such counsel. (See *People v Saunders,* 52 AD2d 833.) Concur—Evans, J. P., Fein, Lane and Sandler, JJ.

■

## (September 26, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYDIA RODRIGUEZ, Also Known as LYDIA NAVARETTE, Also Known as LYDIA RIVERA, Appellant.—Two judgments, Supreme Court, New York County, both rendered on January 19, 1977, convicting defendant upon her pleas of guilty of the crimes of grand larceny in the third degree, and robbery in the third degree, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Evans, J. P., Fein, Lane, Lynch and Sandler, JJ.

■ I-T-E IMPERIAL CORPORATION, for Itself and as Assignee of ALLEN DISTRIBUTORS, INC., Respondent, v L. F. ELECTRICAL INSTALLATIONS, INC., Appellant.—Order, Supreme Court, New York County, entered on February 1, 1978, unanimously affirmed for the reasons stated by Kassal, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Markewich, Lynch and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BUTLER, Also Known as MICHAEL SMITH, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 14, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Lupiano, J. P., Silverman, Markewich, Lynch and Sullivan, JJ.